LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T:(707) 595-4474\ F:(707) 540-6298
E: elg@guzmanlaw.org

Attorney for Defendant
Florencio Anduaga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLORENCIO ANDUAGA,<br><br>　　　　Defendant. | CASE NO. CR 13CR0536-EMC<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING**<br><br>SAN FRANCISCO VENUE<br><br>Current Hearing Date: **11/13/13**<br>Proposed Hearing Date: **11/27/13** |

　　　Defense counsel is still reviewing discovery related to the above case. Additionally, the parties are still negotiating. For this reason, the parties request that the upcoming status hearing be continued to November 27, 2013 at 2:30 P.M. The parties further request that time be excluded form the speedy trial clock to allow for adequate preparation of counsel.

IT IS SO STIPULATED

1
2    10/8/13
3  DATED

           /s/

MELINDA HAAG
United States Attorney
Northern District of California
MATTHEW MCCARTHY
Assistant United States Attorney

8    10/8/13
9  DATED

           /s/

ERICK L. GUZMAN
Attorney for Mr. Anduaga

1

**[PROPOSED] ORDER**

2  For good cause shown, the status hearing is rescheduled to November ~~20~~ 27, 2013.

3  The time between November 13, 2013 and November 27, 2013 be excluded from the speedy

4  trial clock based on the need for effective preparation of counsel per 18 U.S.C. §3161(h)(1)(B)(iv).

5

6

7  **IT IS SO ORDERED.**

8

9  11/12/2013
   _____
10  DATED

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Edward M. Chen]*

Stip. and [Proposed] order continuing hearing         3         Case No. CR-12-0356-EMC