1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       Matthew.mccarthy@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )  CASE NO. 13-0536 EMC
14                                    )
           Plaintiff,                 )  [PROPOSED] STIPULATED CONVERTING
15                                    )  MOTIONS HEARING INTO CHANGE OF PLEA
       v.                             )  HEARING
16                                    )
   FLORENCIO RODRIGUEZ ANDUAGA,       )
17                                    )
           Defendant.                 )
18                                    )
                                      )
19

[PROPOSED] STIPULATED ORDER CONVERTING MOTIONS HEARING INTO CHANGE OF
PLEA HEARING
CR 13-0575 WHA

1    The above-captioned case is currently scheduled for a hearing on the Defendant's Motion to
2 Suppress Evidence and Motion to Dismiss on February 12, 2014.  However, the parties have now
3 reached a disposition in this case, and do not believe that the motions hearing is necessary.
4    Accordingly, the parties jointly request that the Court convert the previously set motions hearing
5 date into a change-of-plea hearing.  The parties further request that the defendant's motions be taken off
6 calendar, and that the briefing schedule be vacated.

8  IT IS SO STIPULATED.

10 DATED 1-29-14                          MELINDA HAAG
                                         United States Attorney
11                                       Northern District of California

13                                       _____/s/_____
                                         MATTHEW L. McCARTHY
                                         Assistant United States Attorney

16 DATED 1-29-14                         _____/s/_____
                                         ERICK GUZMAN
17                                       Attorney for FLORENCIO RODRIGUEZ ANDUAGA

[PROPOSED] STIPULATED  ORDER CONVERTING MOTIONS HEARING INTO CHANGE OF PLEA HEARING
CR 13-0575 WHA

**[PRO~~PO~~SED] ORDER**

For good cause shown, the motions hearing set for February 12, 2014 will be converted to a change-of-plea hearing. The briefing schedule previously set by the parties and the Court is hereby vacated.

The parties shall submit a plea agreement to the Court for review prior to the scheduled change-of-plea hearing.

IT IS SO ORDERED.

DATED  2/3/14



GRANTED
Judge Edward M. Chen
United States District Court Judge

[PROPOSED] STIPULATED ORDER CONVERTING MOTIONS HEARING INTO CHANGE OF PLEA HEARING
CR 13-0575 WHA